Johnnie MOSLEY, Jr., Appellant,

v.

The STATE of Texas, Appellee.

No. 28447.

Court of Criminal Appeals of Texas.

June 27, 1956.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Thomas D. White, Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft; the punishment, 3 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.

---

Johnnie MOSLEY, Jr., Appellant,

v.

The STATE of Texas, Appellee.

No. 28449.

Court of Criminal Appeals of Texas.

June 27, 1956.

No attorney for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Thomas D. White, Asst. Dist. Attys., and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft; the punishment, three years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.